IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, as Chapter 7 Trustee, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11MC0008- SWW |
| | * | |
| RICHARD ROCHON, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

For the reasons stated in the Court's Memorandum Opinion and Order entered in *M. Randy Rice, as Chapter 7 Trustee v. Richard Rochon, et al.*, 4:11mc0002-SWW, on February 23, 2011 [docket entry 11], the Court grants the motion of Defendants Larry Morton, John E. Oxendine, Michael T. Flynn, James Hearnsberger, Patrick Doran, Glenn Charlesworth, Gregory W. Fess, and Lori Withrow[1] as to their request for the district court to preside over the jury trial.[2] The Bankruptcy Court, however, will maintain the reference until the case is ready to proceed to trial, supervising discovery, conducting pretrial conferences, and ruling on pretrial motions, including dispositive motions. Once the Bankruptcy Court certifies that the case is ready for trial, the Court will enter an Order withdrawing the reference and schedule the case for jury trial in the district court.

---

[1] These defendants and movants in Case No. 4:11mc002-SWW are co-defendants in a case in the United States Bankruptcy Court, Eastern District of Arkansas, No. 4:10ap01256.

[2] According to their motion, defendants Morton and Withrow filed claims in the bankruptcy case, alleging Equity Media Holdings Corporation breached their employment contracts prior to the bankruptcy. They assert those claims have nothing to do with the allegations of the Trustee's complaint and the resolution of those claims has no impact on the Trustee's lawsuit and vice versa.

IT IS THEREFORE ORDERED that the motion to withdraw the reference [docket entry 2] is granted in part and denied in part.

DATED this 15th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE